JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** II **Investigating Agency** DHS OIG

**City** Reading

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____

Same Defendant ____ New Defendant ____

Magistrate Judge Case Number ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name CAROL A. AGUJA Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: 38 Charles Street, Reading, MA 01867

Birth date (Yr only): 1970 SSN (last 4#): 1771 Sex: F Race ____ Nationality: ____

**Defense Counsel if known:** Scott P. Lopez Address: 88 Black Falcon Ave, Suite 345

Bar Number: 549556 Boston, MA 02210

**U.S. Attorney Information**

AUSA: Kristina Barclay Bar Number if applicable: 640848

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:** ____

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.

☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/20/2026 Signature of AUSA: ____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** CAROL A. AGUJA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud, Aiding & Abetting | 1-3 |
| Set 2 | 18 U.S.C. §§ 981(a)(1)(C) and ) 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**